# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5207**                              **September Term, 2014**

1:13-cv-00851-RJL
1:13-cv-00881-RJL
1:14-cv-00092-RJL

**Filed On:** May 4, 2015

Larry Elliott Klayman, On behalf of himself
and all others similarly situated, et al.,

      Appellees

David Andrew Christenson,

      Appellant

    v.

Barack Hussein Obama, Individually and in
his professional capacity, et al.,

      Appellees

------------------------------

Consolidated with 14-5208, 14-5209

    **BEFORE:**    Rogers, Srinivasan, and Pillard, Circuit Judges

## O R D E R

    Upon consideration of the motion to publish and the supplements thereto, the motion to unseal, the motion to attend oral argument in the Fifth Circuit, and the notices filed by appellant, it is

    **ORDERED** that the motion to publish be denied. See D.C. Cir. Rule 36(f) (motions to publish "are not favored and will be granted only for compelling reasons"). Although not published under D.C. Circuit Rule 36, the March 4, 2015 order is available to the public. See D.C. Circuit Handbook of Practice and Internal Procedures 53 (2013). It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5207**                                                   **September Term, 2014**

     **FURTHER ORDERED** that the motion to unseal be denied.  It is

     **FURTHER ORDERED** that the motion to attend oral argument in the Fifth Circuit be denied.  This court has no authority to compel the Fifth Circuit to take any action.  See generally Airline Pilots Ass'n, Int'l v. Dep't of Transp., 880 F.2d 491, 503 (D.C. Cir. 1989).

     The Clerk is directed to accept no further submissions from appellant in these closed cases.

                                          **Per Curiam**

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                    BY:    /s/
                               Ken Meadows
                               Deputy Clerk